UNITED STATES BANKRUPTCY COURT

DISTRICT OF Delaware

In re: PES Ultimate Holdings, LLC

Debtor(s)

Case No. 19-11632

Lead Case No. 19-11626

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2022

Petition Date: 07/21/2019

Plan Confirmed Date: 02/13/2020

Plan Effective Date: 06/26/2020

This Post-confirmation Report relates to:  ◯ Reorganized Debtor

⦿ Other Authorized Party or Entity: PES Liquidating Trust

Name of Authorized Party or Entity

/s/ Peter J. Keane
Signature of Responsible Party

04/20/2022
Date

Peter J Keane
Printed Name of Responsible Party

Pachulski Stang Ziehl & Jones LLP
919 North Market St, 17th Floor
Wilmington DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  PES Ultimate Holdings, LLC                                Case No.  19-11632

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $383,619,691 | $523,322,326 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $383,619,691 | $523,322,326 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $0 | $0 | $59,581,769 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| i | Kirkland and Ellis LLC | Lead Counsel | $0 | $0 | $0 | $23,169,694 |
| ii | Pachulski Stang Ziehl & Jones | Lead Counsel | $0 | $0 | $0 | $848,419 |
| iii | Alvarez & Marsal | Financial Professional | $0 | $0 | $0 | $7,644,147 |
| iv | PJT Partners | Financial Professional | $0 | $0 | $0 | $6,074,994 |
| v | Farley & Partners LLP | Special Counsel | $0 | $0 | $0 | $2,416,530 |
| vi | Omni Management Group, Inc. | Other | $0 | $0 | $0 | $371,288 |
| vii | Tax Advisory Services Group, I | Other | $0 | $0 | $0 | $48,738 |
| viii | Miller Advertising Agency, Inc | Other | $0 | $0 | $0 | $60,436 |
| ix | Houlihan Lokey Capital, Inc. | Financial Professional | $0 | $0 | $0 | $3,018,702 |
| x | Morris, Nichols, Arsht & Tunne | Lead Counsel | $0 | $0 | $0 | $156,890 |
| xi | Norton Rose Fulbright LLP | Special Counsel | $0 | $0 | $0 | $582,357 |
| xii | Cortland Capital Markets Servic | Other | $0 | $0 | $0 | $118,738 |
| xiii | Brown Rudnick LLP | Special Counsel | $0 | $0 | $0 | $4,801,340 |
| xiv | Elliott Greenleaf, P.C. | Financial Professional | $0 | $0 | $0 | $988,181 |
| xv | Davis Polk & Wardwell LLP | Special Counsel | $0 | $0 | $0 | $5,792,448 |
| xvi | Conway MacKenzie, Inc. | Financial Professional | $0 | $0 | $0 | $3,488,867 |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name PES Ultimate Holdings, LLC                                    Case No.  19-11632

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $0 | $0 | $5,557,481 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Baker Engineering and Risk Co | Other | $0 | $0 | $0 | $519,143 |
| | ii | BDO USA, LLP | Special Counsel | $0 | $0 | $0 | $1,353,022 |
| | iii | Buchanan Ingersoll & Rooney P | Special Counsel | $0 | $0 | $0 | $82,425 |
| | iv | Covington & Burling LLP | Special Counsel | $0 | $0 | $0 | $335,882 |
| | v | Cozen O'Connor | Special Counsel | $0 | $0 | $0 | $223,782 |
| | vi | Faegre Drinker Biddle & Reath | Special Counsel | $0 | $0 | $0 | $701,048 |

UST Form 11-PCR (12/01/2021) - Mac                              4

Debtor's Name PES Ultimate Holdings, LLC　　　　　　　　　　　　　　　　Case No. 19-11632

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | Exponent, Inc. | Other | $0 | $0 | $0 | $41,282 |
| | viii | Fluor Enterprises, Inc. | Other | $0 | $0 | $0 | $615,000 |
| | ix | Hazzouri & Associates | Other | $0 | $0 | $0 | $180,000 |
| | x | Intertek Moody | Other | $0 | $0 | $0 | $99,071 |
| | xi | KPMG | Financial Professional | $0 | $0 | $0 | $223,866 |
| | xii | McKool Smith | Special Counsel | $0 | $0 | $0 | $383,904 |
| | xiii | McNees Wallace & Nurick LLC | Special Counsel | $0 | $0 | $0 | $5,970 |
| | xiv | Skadden, Arps, Slade, Meagher | Special Counsel | $0 | $0 | $0 | $568,425 |
| | xv | Stradley Ronon Stevens & Young | Special Counsel | $0 | $0 | $0 | $175,707 |
| | xvi | Weaver & Tidwell LLP | Financial Professional | $0 | $0 | $0 | $48,954 |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

Debtor's Name PES Ultimate Holdings, LLC       Case No. 19-11632

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name PES Ultimate Holdings, LLC                                                                                      Case No. 19-11632

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $65,139,250 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $15,694,980 | $0 | $15,694,980 | $15,694,980 | 100% |
| b. Secured claims | $0 | $375,857,005 | $462,942,022 | $1,019,903,711 | 45% |
| c. Priority claims | $141,862 | $0 | $141,862 | $141,862 | 100% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                                                    Yes ⦿   No ○
    If yes, give date Final Decree was entered:                                03/29/2022
    If no, give date when the application for Final Decree is anticipated:  _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⦿   No ○

| | |
|---|---|
| Debtor's Name PES Ultimate Holdings, LLC | Case No. 19-11632 |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Rachel Celiberti | Rachel Celiberti |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | 04/19/2022 |
| Title | Date |

Debtor's Name PES Ultimate Holdings, LLC                                      Case No.  19-11632


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name PES Ultimate Holdings, LLC                                                            Case No. 19-11632


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021) - Mac                                     10