# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PES Administrative Services, LLC,[1] | ) ) ) | Case No. 19-11629 (LSS) |
| Reorganized Debtor. | ) ) ) ) ) ) | (Jointly Administered) (Formerly Jointly Administered under Lead Case: PES Holdings, LLC, Case No. 19-11626) **Re: Docket No. 77** |

### CERTIFICATION OF NO OBJECTION REGARDING LIQUIDATING TRUST BOARD'S ELEVENTH MOTION FOR ENTRY OF AN ORDER (I) FURTHER ENLARGING THE PERIOD WITHIN WHICH THE REORGANIZED DEBTORS MAY REMOVE ACTIONS AND (II) GRANTING RELATED RELIEF

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the relief requested in the *Liquidating Trust Board's Eleventh Motion for Entry of an Order (I) Further Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief* (the "Motion") [Docket No. 77] filed on February 3, 2023 with the U.S. Bankruptcy Court for the District of Delaware (the "Court"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the relief requested in the Motion appears thereon. Pursuant to the *Notice of Liquidating Trust Board's Eleventh Motion for Entry of an Order (I) Further Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief* [Docket No. 77],

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: PES Holdings, LLC; North Yard GP, LLC; North Yard Logistics, L.P.; PES Administrative Services, LLC (3022); PES Energy Inc.; PES Intermediate, LLC; PES Ultimate Holdings, LLC; and Philadelphia Energy Solutions Refining and Marketing LLC. On March 28, 2022, the Court entered an order [Docket No. 1900] closing the chapter 11 cases of the Reorganized Debtors other than Case No. 19-11629 (LSS), *PES Administrative Services, LLC*.

responses to the Motion were to be filed and served no later than February 16, 2023 at 4:00 p.m. prevailing Eastern Time.

It is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: February 21, 2023<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email:   ljones@pszjlaw.com<br>            joneill@pszjlaw.com<br>            pkeane@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:   edward.sassower@kirkland.com<br>            steven.serajeddini@kirkland.com<br>            matthew.fagen@kirkland.com<br><br>*Co-Counsel to the Liquidating Trust Board* |