# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PES Administrative Services, LLC, | ) ) ) | Case No. 19-11629 (LSS) |
| Reorganized Debtor. | ) ) ) ) ) | (Jointly Administered) (Formerly Jointly Administered under Lead Case: PES Holdings, LLC, Case No. 19-11626) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON FEBRUARY 23, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801[1]**

## MATTER FOR WHICH A CNO HAS BEEN FILED:

1. Liquidating Trust's Eleventh Motion for Entry of an Order (I) Further Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Filed: 2/3/23] ([Docket No. 77](#)).

   Response Deadline:  February 16, 2023, at 4:00 p.m.

   Responses Received:  None as of the date of this Notice of Agenda.

   Related Documents:

   a. Certification of No Objection Regarding Liquidating Trust's Eleventh Motion for Entry of an Order (I) Further Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Filed: 2/21/23] ([Docket No. 79](#)).

   Status:  No parties have objected to the relief requested in the Motion. Accordingly, the Liquidating Trust has filed a certification of no objection and respectfully requests the entry of the order attached to the Motion. No hearing is necessary unless the Court has questions.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). On March 28, 2022, the Court entered an order closing the chapter 11 cases of the Reorganized Debtors other than Case No. 19-11629 (LSS), *PES Administrative Services, LLC.*

| | |
|---|---|
| Dated:  February 21, 2023<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>  joneill@pszjlaw.com<br>  pkeane@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini, P.C.  (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  edward.sassower@kirkland.com<br>  steven.serajeddini@kirkland.com<br>  matthew.fagen@kirkland.com<br><br>*Co-Counsel to the PES Liquidating Trust* |