IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PES Administrative Services, LLC, | ) | Case No. 19-11629 (LSS) |
| | ) | |
| Reorganized Debtor. | ) | (Jointly Administered) |
| | ) | (Formerly Jointly Administered under |
| | ) | Lead Case: PES Holdings, LLC, Case |
| | ) | No. 19-11626) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JUNE 6, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801</u>[1]**

> **THIS HEARING HAS BEEN CANCELLED BY THE COURT
> AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**<u>RESOLVED MATTER:</u>**

1. Liquidating Trust's Twelfth Motion for Entry of an Order (I) Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Filed: 5/8/23] ([Docket No. 93](#)).

    <u>Response Deadline</u>:  May 22, 2023, at 4:00 p.m.

    <u>Responses Received</u>:  None as of the date of this Notice of Agenda.

    <u>Related Documents</u>:

    a.   Notice of Liquidating Trust's Twelfth Motion for Entry of an Order (I) Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II)

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are:  PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).  On March 28, 2022, the Court entered an order closing the chapter 11 cases of the Reorganized Debtors other than Case No. 19-11629 (LSS), *PES Administrative Services, LLC.*

       Granting Related Relief [Filed: 5/8/23] ([Docket No. 95](#)).

b.    Certification of No Objection Regarding Liquidating Trust's Twelfth Motion for Entry of an Order (I) Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Filed: 5/23/23] ([Docket No. 97](#)).

c.    [Signed] Fifteenth Order (I) Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Filed: 5/30/23] ([Docket No. 99](#)).

<u>Status</u>:  The order has been entered.  No hearing will be necessary.

Dated:  June 2, 2023  
Wilmington, Delaware

*/s/ Peter J. Keane*  
Laura Davis Jones (DE Bar No. 2436)  
James E. O'Neill (DE Bar No. 4042)  
Peter J. Keane (DE Bar No. 5503)  
**PACHULSKI STANG ZIEHL & JONES LLP**  
919 North Market Street, 17th Floor  
P.O. Box 8705  
Wilmington, Delaware 19899-8705 (Courier 19801)  
Telephone:   (302) 652-4100  
Facsimile:   (302) 652-4400  
Email:   ljones@pszjlaw.com  
         joneill@pszjlaw.com  
         pkeane@pszjlaw.com

- and -

Edward O. Sassower, P.C.  
Steven N. Serajeddini, P.C.  (admitted *pro hac vice*)  
Matthew C. Fagen (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:   (212) 446-4800  
Facsimile:   (212) 446-4900  
Email:   edward.sassower@kirkland.com  
         steven.serajeddini@kirkland.com  
         matthew.fagen@kirkland.com

*Co-Counsel to the PES Liquidating Trust*