IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PES Administrative Services, LLC,[1] | ) Case No. 19-11629 (LSS) |
| | ) |
| Reorganized Debtor. | ) (Jointly Administered) |
| | ) (Formerly Jointly Administered under |
| | ) Lead Case: PES Holdings, LLC, Case |
| | ) No. 19-11626) |
| | ) **Re: Docket No. 106** |

**ORDER GRANTING THE JOINT NINTH MOTION OF
THE PES LIQUIDATING TRUST AND THE GUC CLAIMS
ADMINISTRATOR FOR ENTRY OF AN ORDER EXTENDING THE
DEADLINE TO FILE AND SERVE OBJECTIONS TO CLAIMS OR INTERESTS**

Upon the motion (the "Motion")[2] of the Liquidating Trust and the GUC Administrator for entry of an order (this "Order"): (a) extending the deadline by which the Movants must file and serve objections to Claims or Interests in the Debtors by 120 days, through and including December 12, 2023; and (b) granting related relief; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Movants provided appropriate notice of the Motion and the opportunity for a hearing on the

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: PES Holdings, LLC; North Yard GP, LLC; North Yard Logistics, L.P.; PES Administrative Services, LLC (3022); PES Energy Inc.; PES Intermediate, LLC; PES Ultimate Holdings, LLC; and Philadelphia Energy Solutions Refining and Marketing LLC. On March 28, 2022, the Court entered an order [Docket No. 1900] closing the chapter 11 cases of the Reorganized Debtors other than Case No. 19-11629 (LSS), *PES Administrative Services, LLC.*

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Claims Objection Bar Date is extended through and including December 12, 2023 as to the Movants and all other parties in interest.

3. This Order shall be subject to and without prejudice to the rights of any party to request further extensions of time to file and serve objections to Claims and Interests pursuant to the terms of the Plan.

4. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Rules are satisfied by such notice.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August 28th, 2023
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

2

DOCS_DE:244089.3 70753/001