**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PES ADMINISTRATIVE SERVICES, LLC | Case No. 19-11629-LSS |
| Debtor. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LISTS**

Marcy J. McLaughlin Smith hereby withdraws her appearance as counsel for Philadelphia

Energy Solutions Refining and Marketing LLC ("Philadelphia Energy Solutions") in the chapter

11 cases of the above-captioned debtors and debtors in possession and requests that she be removed

from the CM/ECF noticing list and any other service lists in these cases.  Douglas D. Herrmann of

Troutman Pepper Hamilton Sanders LLP will continue to represent Philadelphia Energy Solutions

as counsel in these cases.

Dated: October 26, 2023
Wilmington, Delaware

          **TROUTMAN PEPPER HAMILTON SANDERS LLP**

          */s/ Marcy J. McLaughlin Smith*
          Marcy J. McLaughlin Smith (DE 6184)
          Hercules Plaza, Suite 5100
          1313 N. Market Street, P.O. Box 1709
          Wilmington, Delaware 19899-1709
          Telephone: (302) 777-6500
          Facsimile: (302) 421-8390
          E-mail: marcy.smith@troutman.com

          *Withdrawing Counsel for Philadelphia Energy*
          *Solutions Refining and Marketing LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I, Marcy J. McLaughlin Smith, hereby certify that on the 26th day of October, 2023, I caused copies of the foregoing *Notice of Withdrawal of Appearance and Request for Removal From Service Lists* to be served upon all parties receiving ECF notice in this case.

/s/   *Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE 6184)