# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES Administrative Services, LLC,[1] | Case No. 19-11629 (LSS) |
| Reorganized Debtors. | (Jointly Administered)<br>(Formerly Jointly Administered under Lead Case: PES Holdings, LLC, Case No. 19-11626) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 6, 2023 at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Liquidating Trust's Fourteenth Motion for Entry of an Order (I) Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Docket No. 119]**

Dated: November 7, 2023

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 7th day of November, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K Cashman_
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: PES Holdings, LLC; North Yard GP, LLC; North Yard Logistics, L.P.; PES Administrative Services, LLC (3022); PES Energy Inc.; PES Intermediate, LLC; PES Ultimate Holdings, LLC; and Philadelphia Energy Solutions Refining and Marketing LLC. On March 28, 2022, the Court entered an order [Docket No. 1900] closing the chapter 11 cases of the Reorganized Debtors other than Case No. 19-11629 (LSS), PES Administrative Services, LLC.

# **EXHIBIT A**

| | | |
|---|---|---|
| AKERMAN LLP<br>DAVID PARHAM<br>DAVID.PARHAM@AKERMAN.COM | AKERMAN LLP<br>JOHN MITCHELL<br>JOHN.MITCHELL@AKERMAN.COM | AKERMAN LLP<br>KATHERINE FACKLER<br>KATHERINE.FACKLER@AKERMAN.COM |
| BAKER BOTTS LLP<br>OMAR ALANIZ<br>OMAR.ALANIZ@BAKERBOTTS.COM | BAKER HUGHES<br>KRISTEN MCLAURIN<br>KRISTIN.MCLAURIN@BHGE.COM | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>KEVIN M. CAPUZZI<br>KCAPUZZI@BENESCHLAW.COM |
| BMC GROUP, INC<br>TINAMARIE FEIL<br>FEIL.BMC@ECFALERTS.COM | BROWN RUDNICK LLP<br>MAX D. SCHLAN<br>MSCHLAN@BROWNRUDNICK.COM | BROWN RUDNICK LLP<br>ROBERT STARK<br>RSTARK@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP<br>STEVEN POHL<br>SPOHL@BROWNRUDNICK.COM | BRYAN CAVE LEIGHTON PAISNER LLP<br>ERIC S. PREZANT<br>ERIC.PREZANT@BCLPLAW.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM |
| CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH<br>BENJAMIN F. JOHNS<br>BFJ@CHIMICLES.COM | CHIPMAN BROWN CICERO & COLE LLP<br>MARK D. OLIVERE<br>OLIVERE@CHIPMANBROWN.COM | CHIPMAN BROWN CICERO & COLE LLP<br>WILLIAM CHIPMAN<br>CHIPMAN@CHIPMANBROWN.COM |
| CITY OF PHILADELPHIA LAW DEPARTMENT<br>MEGAN N. HARPER<br>MEGAN.HARPER@PHILA.GOV | COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN<br>SALLY J. DAUGHERTY<br>SDAUGHERTY@COHENSEGLIAS.COM | COHEN, WEISS AND SIMON LLP<br>MELISSA WOODS<br>MWOODS@CWSNY.COM |
| COHEN, WEISS AND SIMON LLP<br>RICHARD SELTZER<br>RSELTZER@CWSNY.COM | CONSTELLATION NEW ENERGY INC<br>DAVID ELLSWORTH<br>DAVID.ELLSWORTH@CONSTELLATION.COM | CROSS & SIMON, LLC<br>CHRISTOPHER P. SIMON<br>CSIMON@CROSSLAW.COM |
| CROSS & SIMON, LLC<br>KEVIN S MANN<br>KMANN@CROSSLAW.COM | DAVIS POLK & WARDWELL LLP<br>ARYEH ETHAN FALK<br>ARYEH.FALK@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>DAMIAN S. SCHAIBLE<br>DAMIAN.SCHAIBLE@DAVISPOLK.COM |
| DAVIS POLK & WARDWELL LLP<br>DAVID B. TOSCANO<br>DAVID.TOSCANO@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>JAMES I. MCCLAMMY<br>JAMES.MCCLAMMY@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>JONAH A. PEPPIATT<br>JONAH.PEPPIATT@DAVISPOLK.COM |
| DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>VERA KANOVA<br>VERKANOVA@PA.GOV | DOSHI LEGAL GROUP, PC<br>AMISH R. DOSHI<br>AMISH@DOSHILEGAL.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM |
| EMMET, MARVIN & MARTIN, LLP<br>THOMAS A. PITTA<br>TPITTA@EMMETMARVIN.COM | ENVIRONMENTAL ENFORCEMENT SECTION<br>JOHN BRODERICK<br>JOHN.BRODERICK@USDOJ.GOV | GELLERT SCALI BUSENKELL & BROWN, LLC<br>RONALD S. GELLERT<br>RGELLERT@GSBBLAW.COM |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS, P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | HAYNES AND BOONE, LLP<br>CHARLES M. JONES<br>CHARLIE.JONES@HAYNESBOONE.COM |
| HAYNES AND BOONE, LLP<br>J. FRASHER MURPHY<br>FRASHER.MURPHY@HAYNESBOONE.COM | HOGAN MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HUSCH BLACKWELL, LLP<br>LYNN BUTLER<br>LYNN.BUTLER@HUSCHBLACKWELL.COM |
| ICBC STANDARD BANK PLC<br>DAVID STAAB<br>DAVID.STAAB@HAYNESBOONE.COM | ICBC STANDARD BANK PLC<br>KENRIC KATTNER<br>KENRIC.KATTNER@HAYNESBOONE.COM | JACK SHRUM, PA<br>J JACKSON SHRUM<br>JSHRUM@JSHRUMLAW.COM |
| JACKSON WALKER LLP<br>BRUCE J. RUZINSKY<br>BRUZINSKY@JW.COM | KIRKLAND & ELLIS LLP<br>EDWARD SASSOWER<br>EDWARD.SASSOWER@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>MATTHEW FAGEN<br>MATTHEW.FAGEN@KIRKLAND.COM |

| | | |
|---|---|---|
| KIRKLAND & ELLIS LLP<br>STEVEN SERAJEDDINI<br>STEVEN.SERAJEDDINI@KIRKLAND.COM | LATHAM & WATKINS LLP<br>ERIC MERRILL<br>ERIC.MERRILL@LW.COM | LATHAM & WATKINS LLP<br>JONATHAN ROD<br>JONATHAN.ROD@LW.COM |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>PATRICIA WILLIAMS PREWITT<br>PWP@PATTIPREWITTLAW.COM | LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br>SUSAN KAUFMAN<br>SKAUFMAN@SKAUFMANLAW.COM | LEWIS, BRISBOIS, BISGAARD & SMITH LLP<br>CHENEISE V WRIGHT<br>CHENEISE.WRIGHT@LEWISBRISBOIS.COM |
| LEWIS, BRISBOIS, BISGAARD & SMITH LLP<br>CIRO POPPITI, III<br>CIRO.POPPITI@LEWISBRISBOIS.COM | LEWIS, BRISBOIS, BISGAARD & SMITH LLP<br>RAFAEL X ZAHRALDDIN-ARAVENA<br>RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| LUXE ENERGY, LLC.<br>SAM D. PATRANELLA<br>SPATRANELLA@LUXEENERGY.COM | MANIER & HEROD<br>MICHAEL E. COLLINS<br>MCOLLINS@MANIERHEROD.COM | MANIER & HEROD<br>ROBERT W. MILLER<br>RMILLER@MANIERHEROD.COM |
| MANIER & HEROD<br>SAM H. POTEET<br>SPOTEET@MANIERHEROD.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>DAVID PRIMACK<br>DPRIMACK@MDMC-LAW.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>GARY D. BRESSLER<br>GBRESSLER@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>MICHAEL R. MORANO<br>MMORANO@MDMC-LAW.COM | MCGUIREWOODS LLP<br>JOHN MADDOCK<br>JMADDOCK@MCGUIREWOODS.COM | MCGUIREWOODS LLP<br>JOSEPH SHEERIN<br>JSHEERIN@MCGUIREWOODS.COM |
| MERRILL LYNCH COMMODITIES, INC.<br>NATALIE LIN<br>NLIN@STROOCK.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ANDREW R. REMMING<br>AREMMING@MNAT.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PAIGE N. TOPPER<br>PTOPPER@MNAT.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ROBERT DEHNEY<br>RDEHNEY@MNAT.COM | NGL ENERGY PARTNERS, LP<br>DENNIS MELORO<br>MELOROD@GTLAW.COM | NGL ENERGY PARTNERS, LP<br>ISKENDER CATTO<br>CATTOI@GTLAW.COM |
| NIXON PEABODY LLP<br>CHRISTOPHER J FONG<br>CFONG@NIXONPEABODY.COM | NIXON PEABODY LLP<br>RICHARD C. PEDONE<br>RPEDONE@NIXONPEABODY.COM | NORTON ROSE FULBRIGHT US LLP<br>DAVID A. ROSENZWEIG<br>DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.COM |
| NORTON ROSE FULBRIGHT US LLP<br>H. STEPHEN CASTRO<br>STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM | O'KELLY ERNST & JOYCE, LLC<br>MICHAEL J. JOYCE<br>MJOYCE@OELEGAL.COM | OFFICE OF THE ATTORNEY GENERAL<br>ATTORNEY.GENERAL@DELAWARE.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>USTPREGION03.WL.ECF@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES O'NEILL<br>JONEILL@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>PETER KEANE<br>PKEANE@PSZJLAW.COM | POST & SCHELL, P.C<br>BRIAN W. BISIGANI<br>BBISIGNANI@POSTSCHELL.COM | REED SMITH LLP<br>KIRSTEN S. POLYANSKY<br>KPOLYANSKY@REEDSMITH.COM |
| REED SMITH, LLP<br>JASON D. ANGELO<br>JANGELO@REEDSMITH.COM | REED SMITH, LLP<br>KURT F. GWYNNE<br>KGWYNNE@REEDSMITH.COM | RICHARDS, LAYTON & FINGER, P.A<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM |
| RICHARDS, LAYTON & FINGER, P.A<br>DANIEL J. DEFRANCESCHI<br>DEFRANCESCHI@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>ZACHARY I. SHAPIRO<br>SHAPIRO@RLF.COM |
| SMITH, KATZENSTEIN & JENKINS LLP<br>KATHLEEN M. MILLER<br>KMILLER@SKJLAW.COM | SNOW & GREEN LLP<br>HOLLY C. HAMM<br>HOLLY@SNOW-GREEN.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM |

| | | |
|---|---|---|
| STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>JIM WRIGHT<br>JIM.WRIGHT@ENERGYTRANSFER.COM | SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>TOM LONG<br>TOM.LONG@ENERGYTRANSFER.COM |
| THOMPSON COBURN LLP<br>FRANCIS X BUCKLEY<br>FXBUCKLEYJR@THOMPSONCOBURN.COM | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>DAVID M. FOURNIER<br>DAVID.FOURNIER@TROUTMAN.COM | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>DOUGLAS D. HERRMANN<br>DOUGLAS.HERRMANN@TROUTMAN.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>EDWARD C. TOOLE<br>EDWARD.TOOLE@TROUTMAN.COM | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>KENNETH LISTWAK<br>KENNETH.LISTWAK@TROUTMAN.COM | U.S. DEPARTMENT OF JUSTICE<br>MATTHEW INDRISANO<br>MATTHEW.INDRISANO@USDOJ.GOV |
| UNITED STATES DEPT OF JUSTICE<br>ALAN S. TENENBAUM<br>ALAN.TENENBAUM@USDOJ.GOV | UNITED STEELWORKERS<br>ANTHONY RESNICK<br>ARESNICK@USW.ORG | UNITED STEELWORKERS<br>DAVID JURY<br>DJURY@USW.ORG |
| VANE LINE BUNKERING INC<br>PATRICK POTTER<br>PPOTTER@VANEBROTHERS.COM | WEBSTER BANK, NA<br>MARK KORMAN<br>MKORMAN@WEBSTERBANK.COM | WEIL, GOTHSAL & MANGES, LLP<br>BRYAN R. PODZIUS<br>BRYAN.PODZIUS@WEIL.COM |
| WEIL, GOTHSAL & MANGES, LLP<br>DAVID N. GRIFFITHS<br>DAVID.GRIFFITHS@WEIL.COM | WEIL, GOTHSAL & MANGES, LLP<br>RAY C. SCHROCK<br>RAY.SCHROCK@WEIL.COM | WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN LLP<br>ALISON M. LADD<br>ALADD@WESTERMANLLP.COM |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN LLP<br>MICKEE M. HENNESSY<br>MHENNESSY@WESTERMANLLP.COM | WHITEFORD TAYLOR & PRESTON, LLP<br>CHIRSTOPHER A. JONES<br>CAJONES@WTPLAW.COM | WHITEFORD TAYLOR & PRESTON, LLP<br>RICHARD W. RILEY<br>RRILEY@WTPLAW.COM |
| WILMER CUTLER PICKERING HALE & DORR LLP<br>BENJAMIN W. LOVELAND<br>BENJAMIN.LOVELAND@WILMERHALE.COM | WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW WARD<br>MATTHEW.WARD@WBD-US.COM | WOMBLE BOND DICKINSON (US) LLP<br>MORGAN L PATTERSON<br>MORGAN.PATTERSON@WBD-US.COM |

Parties Served:  114

# **EXHIBIT B**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>OFFICE OF CHIEF COUNSEL<br>ATTN: GINA M. THOMAS<br>2 EAST MAIN ST.<br>NORRISTOWN, PA 19401 | CONSTELLATION NEW ENERGY INC<br>ATTN: JIM MCHUGH<br>100 CONSTELLATION WAY, STE 500<br>BALTIMORE, MD 21202-6302 | CORTLAND CAPITAL MARKET SERVICES<br>ATTN: KALEIGH ROWE<br>AND LEGAL DEPARTMENT<br>225 W WASHINGTON ST, 9TH FL<br>CHICAGO, IL 60606 |
| ICBC STANDARD BANK PLC<br>AS SOA COLLATERAL AGENT<br>20 GRESHAM ST<br>LONDON, EC2V 7JE<br>UNITED KINGDOM | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | KINDER MORGAN LIQUIDS TERMINALS, LLC<br>1001 LOUISIANA ST, STE 1000<br>HOUSTON, TX 77002 |
| MERRILL LYNCH COMMODITIES, INC.<br>AS SOA COLLATERAL AGENT<br>20 E GREENWAY PLAZA, STE 700<br>HOUSTON, TX 77046 | NGL ENERGY PARTNERS, LP<br>6120 S YALE AVE, STE 805<br>TULSA, OK 74136 | STATE OF DELAWARE<br>DIVISION OF REVENUE<br>820 N FRENCH ST, 8TH FL<br>WILMINGTON, DE 19801-0820 |
| SUNOCO PARTNERS MARKETING & TERMINAL LP<br>ATTN: JOSEPH COLELLA, SENIOR VP<br>3801 W CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 | SUNOCO PARTNERS MARKETING & TERMINAL LP<br>C/O VINSON & ELKINS LLP<br>ATTN: KAREN SMITH<br>666 5TH AVE, 6TH FL<br>NEW YORK, NY 10103 | |

Parties Served: 11