IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>PES Administrative Services, LLC,[1]<br><br>    Reorganized Debtor. | ) Chapter 11<br>)<br>) Case No. 19-11629 (LSS)<br>)<br>) (Jointly Administered)<br>) (Formerly Jointly Administered under<br>) Lead Case: PES Holdings, LLC, Case<br>) No. 19-11626) |

Hearing Date: January 4, 2024, at 11:00 a.m. (ET)
Objection Deadline: December 26, 2023, at 4:00 p.m. (ET)

**NOTICE OF HEARING ON TENTH JOINT MOTION OF THE PES LIQUIDATING TRUST AND GUC CLAIMS ADMINISTRATOR FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO FILE AND SERVE OBJECTIONS TO CLAIMS OR INTERESTS**

  **PLEASE TAKE NOTICE** that on December 12, 2023, the PES Liquidating Trust (the "Liquidating Trust")[2] and the GUC Claims Administrator (the "GUC Administrator", and with the Liquidating Trust, the "Movants")[3] filed the attached *Tenth Joint Motion of the PES Liquidating Trust and GUC Claims Administrator for Entry of an Order Extending the Deadline to File and Serve Objections to Claims or Interests* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: PES Holdings, LLC; North Yard GP, LLC; North Yard Logistics, L.P.; PES Administrative Services, LLC (3022); PES Energy Inc.; PES Intermediate, LLC; PES Ultimate Holdings, LLC; and Philadelphia Energy Solutions Refining and Marketing LLC. On March 28, 2022, the Court entered an order [Docket No. 1900] closing the chapter 11 cases of the Reorganized Debtors other than Case No. 19-11629 (LSS), *PES Administrative Services, LLC*.

[2] The Liquidating Trust is a trust created pursuant to the Debtors' Plan, as defined herein. The Liquidating Trust is responsible for and has the authority to administer certain post-confirmation responsibilities under the Plan on behalf of the Reorganized Debtors.

[3] The GUC Administrator was established and selected pursuant to the Debtors' Plan, as defined herein. The GUC Administrator is responsible for and has the authority to, *inter alia*, file, prosecute, and settle objections to general unsecured claims, as well as make distributions on allowed general unsecured claims.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of the order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **December 26, 2023, at 4:00 p.m. Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) counsel to the Liquidating Trust; (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Edward O. Sassower, P.C., Steven N. Serajeddini, and Matthew C. Fagen; and (ii) co-counsel to the Liquidating Trust, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones; (b) counsel to the DIP Lenders, (i) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Damian S. Schaible and Aryeh E. Falk, and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney and Andrew R. Remming; (c) counsel to ICBC Standard Bank Plc, (i) Hayes and Boone LLP, 2323 Victory Avenue, Suite 700, Dallas, Texas 75219, Attn: J. Frasher Murphy and Charles M. Jones II, and (ii) Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, Delaware 19801, Attn: Kurt F. Gwynne; (d) counsel to the GUC Claims Administrator, Elliott Greenleaf, PC, 1105 Market Street, Suite 1700, Wilmington, Delaware 19801, Attn: Shelley A. Kinsella and Jonathan M. Stemerman; and (e) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **JANUARY 4, 2024 AT 11:00 A.M. EASTERN TIME** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: December 12, 2023<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Email: ljones@pszjlaw.com<br>pkeane@pszjlaw.com<br>joneill@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>steven.serajeddini@kirkland.com<br>matthew.fagen@kirkland.com<br><br>*Co-Counsel to the PES Liquidating Trust* |