## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES Administrative Services, LLC,[1] | Case No. 19-11629 (LSS) |
| Reorganized Debtors. | (Jointly Administered)<br>(Formerly Jointly Administered<br>under Lead Case: PES Holdings,<br>LLC, Case No. 19-11626) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 27, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed on **Exhibit B** attached hereto:

- **Twenty-First Order (I) Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Docket No. 190]**

- **Certification of No Objection Regarding Thirteenth Joint Motion of the PES Liquidating Trust and GUC Claims Administrator for Entry of an Order Extending the Deadline to File and Serve Objections to Claims or Interests [Docket No. 192]**

- **Notice of Agenda for Hearing Scheduled on December 3, 2024 at 3:30 P.M. (Prevailing Eastern Time), Before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 [Docket No. 193]**

- **Amended Notice of Agenda for Hearing Scheduled on December 3, 2024 at 3:30 P.M. (Prevailing Eastern Time), Before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 [Docket No. 195]**

Dated:  December 3, 2024

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                          }ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 3rd day of December, 2024, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: PES Holdings, LLC; North Yard GP, LLC; North Yard Logistics, L.P.; PES Administrative Services, LLC (3022); PES Energy Inc.; PES Intermediate, LLC; PES Ultimate Holdings, LLC; and Philadelphia Energy Solutions Refining and Marketing LLC. On March 28, 2022, the Court entered an order [Docket No. 1900] closing the chapter 11 cases of the Reorganized Debtors other than Case No. 19-11629 (LSS), *PES Administrative Services, LLC.*

**<u>EXHIBIT A</u>**

AKERMAN LLP
DAVID PARHAM
DAVID.PARHAM@AKERMAN.COM

AKERMAN LLP
JOHN MITCHELL
JOHN.MITCHELL@AKERMAN.COM

AKERMAN LLP
KATHERINE FACKLER
KATHERINE.FACKLER@AKERMAN.COM

BAKER BOTTS LLP
OMAR ALANIZ
OMAR.ALANIZ@BAKERBOTTS.COM

BAKER HUGHES
KRISTEN MCLAURIN
KRISTIN.MCLAURIN@BHGE.COM

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
KEVIN M. CAPUZZI
KCAPUZZI@BENESCHLAW.COM

BMC GROUP, INC
TINAMARIE FEIL
FEIL.BMC@ECFALERTS.COM

BROWN RUDNICK LLP
MAX D. SCHLAN
MSCHLAN@BROWNRUDNICK.COM

BROWN RUDNICK LLP
ROBERT STARK
RSTARK@BROWNRUDNICK.COM

BROWN RUDNICK LLP
STEVEN POHL
SPOHL@BROWNRUDNICK.COM

BRYAN CAVE LEIGHTON PAISNER LLP
ERIC S. PREZANT
ERIC.PREZANT@BCLPLAW.COM

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
BENJAMIN F. JOHNS
BFJ@CHIMICLES.COM

CHIPMAN BROWN CICERO & COLE LLP
MARK D. OLIVERE
OLIVERE@CHIPMANBROWN.COM

CHIPMAN BROWN CICERO & COLE LLP
WILLIAM CHIPMAN
CHIPMAN@CHIPMANBROWN.COM

CITY OF PHILADELPHIA LAW DEPARTMENT
MEGAN N. HARPER
MEGAN.HARPER@PHILA.GOV

COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, PC
SALLY J. DAUGHERTY
SDAUGHERTY@COHENSEGLIAS.COM

COHEN, WEISS AND SIMON LLP
MELISSA WOODS
MWOODS@CWSNY.COM

COHEN, WEISS AND SIMON LLP
RICHARD SELTZER
RSELTZER@CWSNY.COM

CONSTELLATION NEW ENERGY INC
DAVID ELLSWORTH
DAVID.ELLSWORTH@CONSTELLATION.COM

CROSS & SIMON, LLC
CHRISTOPHER P. SIMON
CSIMON@CROSSLAW.COM

CROSS & SIMON, LLC
KEVIN S MANN
KMANN@CROSSLAW.COM

DAVIS POLK & WARDWELL LLP
ARYEH ETHAN FALK
ARYEH.FALK@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
DAMIAN S. SCHAIBLE
DAMIAN.SCHAIBLE@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
DAVID B. TOSCANO
DAVID.TOSCANO@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
JAMES I. MCCLAMMY
JAMES.MCCLAMMY@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
JONAH A. PEPPIATT
JONAH.PEPPIATT@DAVISPOLK.COM

DEPARTMENT OF ENVIRONMENTAL PROTECTION
VERA KANOVA
VERKANOVA@PA.GOV

DOSHI LEGAL GROUP, PC
AMISH R. DOSHI
AMISH@DOSHILEGAL.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

EMMET, MARVIN & MARTIN, LLP
THOMAS A. PITTA
TPITTA@EMMETMARVIN.COM

ENVIRONMENTAL ENFORCEMENT SECTION
JOHN BRODERICK
JOHN.BRODERICK@USDOJ.GOV

GELLERT SCALI BUSENKELL & BROWN, LLC
RONALD S. GELLERT
RGELLERT@GSBBLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS, P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

HAYNES AND BOONE, LLP
CHARLES M. JONES
CHARLIE.JONES@HAYNESBOONE.COM

HAYNES AND BOONE, LLP
J. FRASHER MURPHY
FRASHER.MURPHY@HAYNESBOONE.COM

HOGAN MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HUSCH BLACKWELL, LLP
LYNN BUTLER
LYNN.BUTLER@HUSCHBLACKWELL.COM

ICBC STANDARD BANK PLC
DAVID STAAB
DAVID.STAAB@HAYNESBOONE.COM

ICBC STANDARD BANK PLC
KENRIC KATTNER
KENRIC.KATTNER@HAYNESBOONE.COM

JACK SHRUM, PA
J JACKSON SHRUM
JSHRUM@JSHRUMLAW.COM

JACKSON WALKER LLP
BRUCE J. RUZINSKY
BRUZINSKY@JW.COM

KIRKLAND & ELLIS LLP
EDWARD SASSOWER
EDWARD.SASSOWER@KIRKLAND.COM

KIRKLAND & ELLIS LLP
MATTHEW FAGEN
MATTHEW.FAGEN@KIRKLAND.COM

**PES Holdings, LLC, et al. -  Service List to e-mail Recipients**

| | | |
|---|---|---|
| KIRKLAND & ELLIS LLP<br>STEVEN SERAJEDDINI<br>STEVEN.SERAJEDDINI@KIRKLAND.COM | LATHAM & WATKINS LLP<br>ERIC MERRILL<br>ERIC.MERRILL@LW.COM | LATHAM & WATKINS LLP<br>JONATHAN ROD<br>JONATHAN.ROD@LW.COM |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>PATRICIA WILLIAMS PREWITT<br>PWP@PATTIPREWITTLAW.COM | LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br>SUSAN KAUFMAN<br>SKAUFMAN@SKAUFMANLAW.COM | LEWIS BRISBOIS BISGAARD & SMITH LLP<br>KEVIN.SHAW@LEWISBRISBOIS.COM |
| LEWIS BRISBOIS BISGAARD & SMITH LLP<br>SEAN.BRENNECKE@LEWISBRISBOIS.COM | LEWIS, BRISBOIS, BISGAARD & SMITH LLP<br>CHENEISE V WRIGHT<br>CHENEISE.WRIGHT@LEWISBRISBOIS.COM | LEWIS, BRISBOIS, BISGAARD & SMITH LLP<br>RAFAEL X ZAHRALDDIN-ARAVENA<br>RAFAEL.ZAHRALDDIN@LEWISBRISBOIS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM | LUXE ENERGY, LLC.<br>SAM D. PATRANELLA<br>SPATRANELLA@LUXEENERGY.COM | MANIER & HEROD<br>MICHAEL E. COLLINS<br>MCOLLINS@MANIERHEROD.COM |
| MANIER & HEROD<br>ROBERT W. MILLER<br>RMILLER@MANIERHEROD.COM | MANIER & HEROD<br>SAM H. POTEET<br>SPOTEET@MANIERHEROD.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>DAVID PRIMACK<br>DPRIMACK@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>GARY D. BRESSLER<br>GBRESSLER@MDMC-LAW.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>MICHAEL R. MORANO<br>MMORANO@MDMC-LAW.COM | MCGUIREWOODS LLP<br>JOHN MADDOCK<br>JMADDOCK@MCGUIREWOODS.COM |
| MCGUIREWOODS LLP<br>JOSEPH SHEERIN<br>JSHEERIN@MCGUIREWOODS.COM | MERRILL LYNCH COMMODITIES, INC.<br>NATALIE LIN<br>NLIN@STROOCK.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ANDREW R. REMMING<br>AREMMING@MNAT.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PAIGE N. TOPPER<br>PTOPPER@MNAT.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ROBERT DEHNEY<br>RDEHNEY@MNAT.COM | NGL ENERGY PARTNERS, LP<br>DENNIS MELORO<br>MELOROD@GTLAW.COM |
| NGL ENERGY PARTNERS, LP<br>ISKENDER CATTO<br>CATTOI@GTLAW.COM | NIXON PEABODY LLP<br>CHRISTOPHER J FONG<br>CFONG@NIXONPEABODY.COM | NIXON PEABODY LLP<br>RICHARD C. PEDONE<br>RPEDONE@NIXONPEABODY.COM |
| NORTON ROSE FULBRIGHT US LLP<br>DAVID A. ROSENZWEIG<br>DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.COM | NORTON ROSE FULBRIGHT US LLP<br>H. STEPHEN CASTRO<br>STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM | O'KELLY ERNST & JOYCE, LLC<br>MICHAEL J. JOYCE<br>MJOYCE@OELEGAL.COM |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTORNEY.GENERAL@DELAWARE.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>USTPREGION03.WL.ECF@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES O'NEILL<br>JONEILL@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>PETER KEANE<br>PKEANE@PSZJLAW.COM | POST & SCHELL, P.C<br>BRIAN W. BISIGANI<br>BBISIGNANI@POSTSCHELL.COM |
| REED SMITH LLP<br>KIRSTEN S. POLYANSKY<br>KPOLYANSKY@REEDSMITH.COM | REED SMITH, LLP<br>JASON D. ANGELO<br>JANGELO@REEDSMITH.COM | REED SMITH, LLP<br>KURT F. GWYNNE<br>KGWYNNE@REEDSMITH.COM |
| RICHARDS, LAYTON & FINGER, P.A<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>DANIEL J. DEFRANCESCHI<br>DEFRANCESCHI@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>MARK D. COLLINS<br>COLLINS@RLF.COM |
| RICHARDS, LAYTON & FINGER, P.A<br>ZACHARY I. SHAPIRO<br>SHAPIRO@RLF.COM | SMITH, KATZENSTEIN & JENKINS LLP<br>KATHLEEN M. MILLER<br>KMILLER@SKJLAW.COM | SNOW & GREEN LLP<br>HOLLY C. HAMM<br>HOLLY@SNOW-GREEN.COM |

**PES Holdings, LLC, et al. - Service List to e-mail Recipients**

| | | |
|---|---|---|
| STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>JIM WRIGHT<br>JIM.WRIGHT@ENERGYTRANSFER.COM |
| SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>TOM LONG<br>TOM.LONG@ENERGYTRANSFER.COM | THOMPSON COBURN LLP<br>FRANCIS X BUCKLEY<br>FXBUCKLEYJR@THOMPSONCOBURN.COM | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>DAVID M. FOURNIER<br>DAVID.FOURNIER@TROUTMAN.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>DOUGLAS D. HERRMANN<br>DOUGLAS.HERRMANN@TROUTMAN.COM | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>EDWARD C. TOOLE<br>EDWARD.TOOLE@TROUTMAN.COM | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>KENNETH LISTWAK<br>KENNETH.LISTWAK@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>MATTHEW INDRISANO<br>MATTHEW.INDRISANO@USDOJ.GOV | UNITED STATES DEPT OF JUSTICE<br>ALAN S. TENENBAUM<br>ALAN.TENENBAUM@USDOJ.GOV | UNITED STEELWORKERS<br>ANTHONY RESNICK<br>ARESNICK@USW.ORG |
| UNITED STEELWORKERS<br>DAVID JURY<br>DJURY@USW.ORG | VANE LINE BUNKERING INC<br>PATRICK POTTER<br>PPOTTER@VANEBROTHERS.COM | WEBSTER BANK, NA<br>MARK KORMAN<br>MKORMAN@WEBSTERBANK.COM |
| WEIL, GOTHSAL & MANGES, LLP<br>BRYAN R. PODZIUS<br>BRYAN.PODZIUS@WEIL.COM | WEIL, GOTHSAL & MANGES, LLP<br>DAVID N. GRIFFITHS<br>DAVID.GRIFFITHS@WEIL.COM | WEIL, GOTHSAL & MANGES, LLP<br>RAY C. SCHROCK<br>RAY.SCHROCK@WEIL.COM |
| WESTERMAN BALL EDERER MILLER ZUCKER &<br>SHARFSTEIN LLP<br>ALISON M. LADD<br>ALADD@WESTERMANLLP.COM | WESTERMAN BALL EDERER MILLER ZUCKER &<br>SHARFSTEIN LLP<br>MICKEE M. HENNESSY<br>MHENNESSY@WESTERMANLLP.COM | WHITEFORD TAYLOR & PRESTON, LLP<br>CHIRSTOPHER A. JONES<br>CAJONES@WTPLAW.COM |
| WHITEFORD TAYLOR & PRESTON, LLP<br>RICHARD W. RILEY<br>RRILEY@WTPLAW.COM | WILMER CUTLER PICKERING HALE & DORR LLP<br>BENJAMIN W. LOVELAND<br>BENJAMIN.LOVELAND@WILMERHALE.COM | WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW WARD<br>MATTHEW.WARD@WBD-US.COM |
| WOMBLE BOND DICKINSON (US) LLP<br>MORGAN L PATTERSON<br>MORGAN.PATTERSON@WBD-US.COM | | |

Parties Served:  115

## **<u>EXHIBIT B</u>**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF ENVIRONMENTAL PROTECTION
OFFICE OF CHIEF COUNSEL
ATTN: GINA M. THOMAS
2 EAST MAIN ST.
NORRISTOWN, PA 19401

CONSTELLATION NEW ENERGY INC
ATTN: JIM MCHUGH
100 CONSTELLATION WAY, STE 500
BALTIMORE, MD 21202-6302

CORTLAND CAPITAL MARKET SERVICES
ATTN: KALEIGH ROWE
AND LEGAL DEPARTMENT
225 W WASHINGTON ST, 9TH FL
CHICAGO, IL 60606

ICBC STANDARD BANK PLC
AS SOA COLLATERAL AGENT
20 GRESHAM ST
LONDON, EC2V 7JE
UNITED KINGDOM

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

KINDER MORGAN LIQUIDS TERMINALS, LLC
1001 LOUISIANA ST, STE 1000
HOUSTON, TX 77002

LEWIS, BRISBOIS, BISGAARD & SMITH LLP
ATTN: RAFAEL X ZAHRALDDIN-ARAVENA
ATTN: CHENEISE V WRIGHT
500 DELAWARE AVE, STE 700
WILMINGTON, DE 19801

MERRILL LYNCH COMMODITIES, INC.
AS SOA COLLATERAL AGENT
20 E GREENWAY PLAZA, STE 700
HOUSTON, TX 77046

NGL ENERGY PARTNERS, LP
6120 S YALE AVE, STE 805
TULSA, OK 74136

STATE OF DELAWARE
DIVISION OF REVENUE
820 N FRENCH ST, 8TH FL
WILMINGTON, DE 19801-0820

SUNOCO PARTNERS MARKETING & TERMINAL LP
ATTN: JOSEPH COLELLA, SENIOR VP
3801 W CHESTER PIKE
NEWTOWN SQUARE, PA 19073

SUNOCO PARTNERS MARKETING & TERMINAL LP
C/O VINSON & ELKINS LLP
ATTN: KAREN SMITH
666 5TH AVE, 6TH FL
NEW YORK, NY 10103

Parties Served: 12