IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |

## ORDER RELATING TO MULTIEMPLOYER PENSION PLAN MOTIONS FOR SUMMARY JUDGMENT

The Court has considered certain motions for summary judgment filed by the Debtors, SFA MEPPs, and certain non-SFA MEPPs (the "MSJs") [Docket Nos. 4184, 5162, 5165, 5166, 5175, 5181] and responses and objections thereto; and the Court having held a hearing on the MSJs on January 28, 2025; and the Court having issued a memorandum opinion of preliminary observations regarding the MSJs [Docket No. 6030]; and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. Partial summary judgment is granted to Local 705 Pension Fund on its *Motion for Summary Judgment* [Docket No. 4184] for the reasons set forth in the *Memorandum Opinion Setting Forth Preliminary Observations on Remaining Multiemployer Pension Plan Claims*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

*Allowance Disputes* [Docket No. 6030].

2. The *Teamsters Pension Trust Fund of Philadelphia & Vicinity's Motion for Summary Judgment* [Docket No. 5162] is granted in part and denied in part, for the reasons set forth in the *Memorandum Opinion Setting Forth Preliminary Observations on Remaining Multiemployer Pension Plan Claims Allowance Disputes* [Docket No. 6030].

3. The *Multiemployer Pension Plan's Supplemental Motion for Summary Judgment* [Docket No. 5165] is granted in part and denied in part, for the reasons set forth in the *Memorandum Opinion Setting Forth Preliminary Observations on Remaining Multiemployer Pension Plan Claims Allowance Disputes* [Docket No. 6030].

4. The *Central States Pension Fund's Motion for Summary Judgment on Its Withdrawal Liability and Contribution Guarantee Claims* [Docket No. 5166] is granted in part and denied in part, for the reasons set forth in the *Memorandum Opinion Setting Forth Preliminary Observations on Remaining Multiemployer Pension Plan Claims Allowance Disputes* [Docket No. 6030].

5. The *Funds' Motion for Partial Summary Judgment* [Docket No. 5175] is granted in part and denied in part, for the reasons set forth in the *Memorandum Opinion Setting Forth Preliminary Observations on Remaining Multiemployer Pension Plan Claims Allowance Disputes* [Docket No. 6030].

6. The *Debtors' Motion for Partial Summary Judgment on SFA MEPPS' and Non-SFA MEPPs' Claims* [Docket No. 5181] is granted in part and denied in part, for the reasons set forth in the *Memorandum Opinion Setting Forth Preliminary Observations on Remaining Multiemployer Pension Plan Claims Allowance Disputes* [Docket No. 6030].

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Dated: July 18th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**