# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 5619** |

## ORDER RELATING TO NON-SFA MEPP LITIGATION
## MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS *IN LIMINE*

The Court has considered: (a) certain motions for summary judgment filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and five multiemployer pension plans Central Pennsylvania Teamsters Defined Benefit Plan, New England Teamsters Pension Plan, Teamsters Joint Council # 83 of Virginia Pension Fund, Teamsters Local 710, and Teamsters Pension Trust Fund of Philadelphia & Vicinity (collectively, the "Non-SFA MEPPs") [Docket Nos. 4834 and 4835] (the "MSJs") and responses and objections thereto, and (b) certain motions *in limine* filed by the Debtors and certain Non-SFA MEPPs [Docket Nos. 4837 and 4980] (collectively, with the MSJs, the "Motions") and responses and objections thereto; and the Court having held a hearing on the Motions on January 13, 2025; and the Court having issued its *Memorandum Opinion* regarding the Motions [Docket No. 5619]; and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon all of the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. *Debtors' Motion for Partial Summary Judgment on Non-SFA MEPPs' Withdrawal Liability Claims* [Docket No. 4834] is granted in part and denied in part, for the reasons set forth in the *Memorandum Opinion* [Docket No. 5619].[2]

2. *The Funds' Motion for Partial Summary Judgment* [Docket No. 4835] is granted in part and denied in part, for the reasons set forth in the *Memorandum Opinion* [Docket No. 5619].[3]

3. *The Funds' Motion in Limine to Exclude the Amended Expert Report and Testimony of Robert T. Campbell* is granted in part and denied in part, for the reasons set forth in the *Memorandum Opinion* [Docket No. 5619].

4. *Debtors' Motion in Limine to Exclude the Expert Report and Testimony of Tammy F. Dixon* is granted in part and denied in part, for the reasons set forth in the *Memorandum Opinion* [Docket No. 5619].

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[2] The Debtors and Teamsters Joint Council # 83 of Virginia Pension Fund ("Virginia Teamsters") have reached agreement that the 20-year cap of annual payments applies to Virginia Teamsters' withdrawal liability claim.

[3] The Debtors, Virginia Teamsters and Central Pennsylvania Teamsters Defined Benefit Plan ("Central PA Teamsters") have reached agreement that Virginia Teamsters and Central PA Teamsters are not obligated to take a "fresh start" if they had zero unfunded vested benefits in a given year. The Debtors and Teamsters Local 710 ("Local 710") have reached agreement that whether Local 710 is obligated to take a "fresh start" if it had zero unfunded vested benefits in a given year is an issue that need not be considered at this stage of the litigation.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Dated: July 25th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**