## Exhibit 1

**WIPT, Inc.'s Claim No. 19680**

| United States Bankruptcy Court for the District of Delaware | |
|---|---|
| **Name of Debtor:** YRC Inc. <br><br> **Case Number:** 23-11087 | **For Court Use Only** <br><br> Claim Number: 0000019680 <br><br> File Date: 04/25/2024 19:24:28 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**
**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.
**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

04/22

---

**Part 1:   Identify the Claim**

**1.   Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): WIPT, Inc.

Other names the creditor used with the debtor: _____

**2.   Has this claim been acquired from someone else?**   ☑ No  ☐ Yes.   From whom? _____

**3.   Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name WIPT, Inc. | Name |
| Address 18 W 8th Avenue | Address |
| City Redfield | City |
| State SD   ZIP Code 57469 | State   ZIP Code |
| Country (if International): | Country (if International): |
| Phone: 605-302-0125 | Phone: |
| Email: WIPTinc@gmail.com | Email: |

| 4. Does this claim amend one already filed? | 5. Do you know if anyone else has filed a proof of claim for this claim? |
|---|---|
| ☑ No | ☑ No |
| ☐ Yes. | ☐ Yes. |
| Claim number on court claims register (if known) _____ | Who made the earlier filing? |
| Filed on _____ <br> MM / DD / YYYY | _____ |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

___  ___  ___  ___

**7. How much is the claim?**

$ 660,229.51

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Real Estate Lease

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.
**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:

_____

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed  ☐ Variable

**10. Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of petition.**

$ 9,500.00

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☑ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$ 11,656.51

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Randall J. Waldner, M.D. 4/25/2024*                    04/25/2024 19:24:28

Signature                                               Date

**Provide the name and contact information of the person completing and signing this claim:**

Name      Randall J. Waldner, M.D.

Address   18 W 8th Avenue

City      Redfield

State     SD                                  Zip   57469

Country (in international)    USA

Phone     605-302-0125

Email     WIPTinc@gmail.com

Case 23-11069-CTG    Doc 7521-2    Filed 08/28/25    Page 5 of 16

## Fwd: In re: Yellow Corporation, et al. – Case No. 23-11069 (CTG) – Docket No. 2235 - Notice of 6th Lease Rejection

From: WIPT Inc (wiptinc@gmail.com)

To:  dawn.waldner@yahoo.com; rjwaldner_09@hotmail.com

Date: Tuesday, February 20, 2024 at 09:09 AM CST

Print for dad.

Thank you!
Dana Waldner
WIPT, Inc
18 W 8th Ave
Redfield, SD 57469
E-mail: wiptinc@gmail.com
Mobile: 507-829-7142

Begin forwarded message:

> **From:** ECR-Noticing <ECR-Noticing@epiqglobal.com>
> **Date:** February 19, 2024 at 6:55:02 PM CST
> **Subject: In re: Yellow Corporation, et al. – Case No. 23-11069 (CTG) – Docket No. 2235 - Notice of 6th Lease Rejection**
>
> Epiq Corporate Restructuring is the claims and noticing agent for Yellow Corporation, *et al.* (the "Debtors") who filed bankruptcy under chapter 11 in United States Bankruptcy Court for the District of Delaware [Case No. 23-11069].
>
> <u>**Please find the below document(s):**</u>
>
> **SIXTH NOTICE OF REJECTION OF CERTAIN UNEXPIRED LEASES [Docket No. 2235]**
>
> Additional information is available at <u>https://dm.epiq11.com/case/yellowcorporation/info</u>
>
> This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

  Yellow- DN 2235 - sixth rejection notice.pdf
180.4kB

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 550** |

## SIXTH NOTICE OF REJECTION OF
## CERTAIN UNEXPIRED LEASES

<div style="border:1px solid black">

**PARTIES RECEIVING THIS
NOTICE SHOULD LOCATE THEIR NAMES
AND THEIR LEASES ON <u>EXHIBIT 1</u> ATTACHED HERETO
AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

</div>

**PLEASE TAKE NOTICE** that on September 14, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order on the motion (the "Motion")[2] of debtors and debtors in possession (the "Debtors"), approving procedures for the rejection of executory contracts and unexpired leases and granting related relief [Docket No. 550] (the "Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order and by this written notice (this "Sixth Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each lease (each, a "Lease" and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

collectively, the "**Leases**") set forth on **Exhibit 1**[3] attached hereto is hereby rejected effective as of the date set forth in **Exhibit 1** (the "Rejection Date") or such other date as the Debtors and the counterparty or counterparties to any such Contract or Lease agree.

      **PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed rejection of any of the Contracts or Leases must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is *actually received* by the following parties no later than **March 4, 2024**, *i.e.*, fourteen (14) calendar days after the date that the Debtors filed and served this Notice: (i) the Debtors, Yellow Corporation, 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211, Attn.: General Counsel; (ii) counsel to the Debtors, (A) Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois, 60654, Attn.: Rob Jacobson (rob.jacobson@kirkland.com) and Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Allyson B. Smith (allyson.smith@kirkland.com) and Aaron Metviner (aaron.metviner@kirkland.com) and (B) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, PO Box 8705, Wilmington, Delaware 19801, Attn.: Laura Davis Jones (ljones@pszjlaw.com), Timothy P. Cairns (tcairns@pszjlaw.com), Peter J. Keane (pkeane@pszjlaw.com), and Edward Corma (ecorma@pszjlaw.com); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: Jane Leamy (jane.m.leamy@usdoj.gov) and Richard Schepacarter (richard.schepacarter@usdoj.gov); and (iv) counsel to the Committee, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745 US, Attn.: Philip C. Dublin

---

[3]    The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on **Exhibit 1** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

2

(pdublin@akingump.com), Meredith A. Lahaie (mlahaie@akingump.com), and Kevin Zuzolo (kzuzolo@akingump.com) and (B) co-counsel to the Committee, Benesch Friedlander Coplan & Aronoff LLP, 1313 North Market Street, Suite 1201, Wilmington, DE, 19801, Attn.: Jennifer R. Hoover (jhoover@beneschlaw.com) and Kevin M. Capuzzi (kcapuzzi@beneschlaw.com). Only those responses that are timely filed, served, and received will be considered at any hearing.

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the rejection of each Lease shall become effective on the Rejection Date set forth in **Exhibit 1** or such other date as the Debtors and the counterparty or counterparties to such Lease agree.[4]

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Lease is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Lease(s) to which such objection relates. If such objection is overruled or withdrawn, such Lease(s) shall be rejected as of the Rejection Date set forth in **Exhibit 1** or such other date as the Debtors and the counterparty or counterparties to any such Lease agree.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with a Lease counterparty as a security deposit or other arrangement, the Lease counterparty may not set off or recoup or otherwise use such monies without further order of the Court, unless the Debtors and the counterparty or counterparties to such Leases otherwise agree.

---

[4]     An objection to the rejection of any particular Lease listed in this Sixth Rejection Notice shall not constitute an objection to the rejection of any other Lease listed in this Sixth Rejection Notice. Any objection to the rejection of any particular Lease listed in this Sixth Rejection Notice must state with specificity the Lease to which it is directed. For each particular Lease whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Sixth Rejection Notice and the Order.

3

4859-1090-8327.1 96859.001

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any personal property of the Debtors that is listed and described in **Exhibit 1** shall be deemed abandoned as of the later of the Rejection Date or the date the Debtors vacate the applicable premises.[5]  For the avoidance of doubt, any personal property that is owned by non-Debtor third parties and is located on the premises related to any rejected non-residential real property lease, including Rolling Stock or equipment that is leased to the Debtors, shall not be deemed abandoned and shall remain subject to all of the rights, claims, and interests of its non-Debtor owners.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to rejection of your Lease(s), you must do so by the later of (a) the applicable deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the later of (i) the effective Rejection Date and (ii) the date the Debtors relinquish control of the premises by notifying you in writing of the Debtors' surrender of the premises.  IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE, FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

*[Remainder of page intentionally left blank]*

---

[5] With respect to each of the Leases, the Debtors have paid rent for March, 2024 and expect to remove or otherwise abandon all property from those properties by the end of the month of March.  Certain owned and/or leased Rolling Stock (as defined in the Bidding Procedures Order [Docket No. 575] remains on the properties set forth at **Exhibit 1** hereto, and no property, including, without limitation, Rolling Stock on premises, shall be considered abandoned until the Debtors have vacated the applicable premises by written notice to the applicable counterparty.

4859-1090-8327.1 96859.001

Dated: February 19, 2024
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 300 North LaSalle |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |

919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801

| | |
|---|---|
| Telephone: | (302) 652-4100 |
| Facsimile: | (302) 652-4400 |
| Email: | ljones@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | ecorma@pszjlaw.com |

Chicago, Illinois 60654

| | |
|---|---|
| Telephone: | (312) 862-2000 |
| Facsimile: | (312) 862-2200 |
| Email: | patrick.nash@kirkland.com |
| | david.seligman@kirkland.com |

-and-

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022

| | |
|---|---|
| Telephone: | (212) 446-4800 |
| Facsimile: | (212) 446-4900 |
| Email: | allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in
Possession*

## Rejected Leases[1]

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date[2] |
|---|---|---|---|---|---|---|
| 1 | ABF Freight System, Inc. | New Penn Motor Express LLC | Lease Agreement by and among ABF Freight System, Inc. dated as of July 25, 2019 (as amended) | 3570 Broadway Rd Milton, PA 17847 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
| 2 | Christy Real Estate, LLC | New Penn Motor Express LLC | Lease Agreement by and among Christy Real Estate, LLC dated as of February 1, 2009 (as amended) | 241B Bliss Street West Springfield, MA 01089 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
| 3 | Blach Distributing Co. | USF Reddaway Inc. | Lease Agreement by and among Blach Distributing Co. dated as of April 9, 2015 (as amended) | 143 Main Street Elko, NV 89801 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
| 4 | PWM, Inc. | USF Reddaway Inc. | Lease Agreement by and among PWM, Inc. dated as of September 1, 2022 (as amended) | 1100 W Del Norte Street Eureka, CA 95501 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
| 5 | Tatanka, LLC | USF Reddaway Inc. | Lease Agreement by and among Tatanka, LLC dated as of May 12, 2008 (as amended) | 94 US Highway 16 East Buffalo, WY 82834 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
| 6 | Eiler, LLC | USF Reddaway Inc. | Lease Agreement by and among Eiler, LLC dated as of October 31, 2005 (as amended) | 1419 Jefferson Avenue La Grande, OR 97830 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease. The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on **Exhibit 1** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

[2] The time period within which the Debtors may assume or reject unexpired leases was extended through March 4, 2024, by the *Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [Docket No. 1127]. Notwithstanding the Rejection Date set forth on **Exhibit 1**, the Debtors may require more time to fully vacate certain Leases and therefore intend to pay rent for the full month of March for such Leases. No property shall be considered abandoned until the Debtors have vacated the applicable premises at the end of the month for which they have paid rent.

4859-1090-8327.1 96859.001

| 7 | GRP 298 Astor LLC | YRC Inc. | Lease Agreement by and among GRP 298 Astor LLC dated as of August 16, 2007 (as amended) | 198 Innovation Drive Bedford, PA 15522 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
|---|---|---|---|---|---|---|
| 8 | Vieweg Real Estate | YRC Inc. | Lease Agreement by and among Vieweg Real Estate dated as of July 5, 1985 (as amended) | 3910 E. Harrison Ave Decatur, IL 62526 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
| 9 | JEDS, LLC | YRC Inc. | Lease Agreement by and among JEDS, LLC dated as of October 29, 2012 (as amended) | 720 64th SE Minot, ND 58701 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
| 10 | A2.21 1333 North Market LLC | YRC Inc. | Lease Agreement by and among A2.21 1333 North Market LLC dated as of July 13, 2011 (as amended) | 1333 N Market Street Shreveport, LA 71107 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
| 11 | GEFFS | YRC Inc. | Lease Agreement by and among GEFFS dated as of November 2, 1981 (as amended) | 322 Hereford Road Corpus Christi, TX 78408 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
| 12 | Invermex, LLC | YRC Inc. | Lease Agreement by and among Invermex, LLC dated as of September 12, 2006 (as amended) | 1013 Carleton Drive Eagle Pass, TX 78852 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
| 13 | Cynthia Oliver | YRC Inc. | Lease Agreement by and among Cynthia Oliver dated as of October 17, 1988 (as amended) | 8101 N Stateline Avenue Texarkana, TX 75503 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
| 14 | JVCA Investments LLC | YRC Inc. | Lease Agreement by and among JVCA Investments LLC dated as of July 19, 2004 (as amended) | 17401 Adelanto Road Adelanto, CA 92301 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |

| 15 | Chamberlain Trust | YRC Inc. | Lease Agreement by and among Chamberlain Trust dated as of March 2, 2009 (as amended) | 1201 China Street Abilene, TX 79602 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
| 16 | WIPT, Inc. | YRC Inc. | Lease Agreement by and among WIPT, Inc. dated as of April 1, 2023 (as amended) | 3401 North 1st Avenue Sioux Falls, SD 57104 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |
| 17 | BNSF Railway Company | YRC Inc. | Lease Agreement by and among BNSF Railway Company dated as of April 1, 2005 (as amended) | 4905 N Railroad Avenue Pasco, WA 99301 | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 3/4/2024 |

## Fwd: YRC Freight Lease - Sioux Falls, SD

From: WIPT Inc (wiptinc@gmail.com)

To: rjwaldner_09@hotmail.com; dawn.waldner@yahoo.com

Date: Thursday, February 29, 2024 at 10:18 AM CST

Print for dad.

Thank you!
Dana Waldner
WIPT, Inc
18 W 8th Ave
Redfield, SD 57469
E-mail: wiptinc@gmail.com
Mobile: 507-829-7142

Begin forwarded message:

> **From:** "Dees, Pat" <Pat.Dees@myyellow.com>
> **Date:** February 29, 2024 at 9:28:27 AM CST
> **To:** wiptinc@gmail.com
> **Cc:** "Carreno, Tony" <Tony.Carreno@myyellow.com>, "Cooper, Tammy" <Tammy.Cooper@myyellow.com>, "Tavelli, Cheri" <cheri.tavelli@myyellow.com>, "Hsu, Victor" <vhsu@alvarezandmarsal.com>, "Giordano, Greg" <ggiordano@alvarezandmarsal.com>
> **Subject: YRC Freight Lease - Sioux Falls, SD**

As you may be aware, Yellow Corporation and certain of its subsidiaries (the "<u>Debtors</u>") filed for Chapter 11 bankruptcy on August 6, 2023. I am writing as a courtesy to let you know that you are among several of our landlords who will be receiving a notice (the "<u>Rejection Notice</u>") in the mail (and/or by email, where applicable) in the coming days notifying you that the Debtors have rejected your lease with the Debtors, effective as of March 4, 2024. The Debtors will be providing the Rejection Notice to you pursuant to the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 550] (the "<u>Rejection Order</u>"), which was entered by the Bankruptcy Court for the District of Delaware on September 14, 2023.

Please be advised that, the rent payment for the month of March 2024 has been made. As such, the <u>Debtors shall fully relinquish control of the premises to you effective as of March 31, 2024.</u> To the extent any keys, key codes, and security codes, if any, are not made available to you by the Debtors by March 31, 2024, you may rekey the leased premises on that date for your access.

Comprehensive information regarding the Debtors' Chapter 11 filing can be found at https://dm.epiq11.com/YellowCorporation, including FAQs. If these FAQs are unable to answer your questions, please call our dedicated bankruptcy call center at 866-641-1076 (if in Canada use, 503-461-4134) or email them at yellowcorporationinfo@epiqglobal.com.

**Pat Dees**
Senior Properties Coordinator
11500 Outlook Street, Suite 400
ATTN: Properties

Overland Park, KS 66211
Mobile: **913-953-0219**

