

| | | | |
|---|---|---|---|
| WIPT, INC. 04/20/2024 | Minnehaha County Treasurer | | 5278 |
| | Tax Bill 46973.0 / Parcel No. 060002 - 3401 North 1st | | 7,771.01 |

WIPT Inc Checking (GWB)  7,771.01

| | | | |
|---|---|---|---|
| WIPT, INC. 04/20/2024 | Minnehaha County Treasurer | | 5278 |
| | Tax Bill 46973.0 / Parcel No. 060002 - 3401 North 1st | | 7,771.01 |

WIPT Inc Checking (GWB)  7,771.01

PRODUCT SSLT104   USE WITH 91663 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

Bates 32

**2ND PAYMENT FOR 2023-2024**

Second half taxes are delinquent after October 31st. Payments received after the 31st will need to include interest and penalties.



PARCEL NO.: 060002
BILL NO: 46973.0
2ND INSTALLMENT AMOUNT DUE: $7,771.01
TOTAL AMOUNT REMITTED: _____

(PARTIAL PAYMENTS ARE NOT ACCEPTABLE)

WIPT INC
18 W 8TH AVE
REDFIELD, SD 57469

Mail to: **MINNEHAHA COUNTY**
Treasurer
Administration Building, 1st Floor
415 N. Dakota Avenue, Sioux Falls, SD 57104
Strong Foundation. Strong Future.

**This is your 2023 Property Tax Statement. These taxes are payable in 2024.**

# NOTICE OF TAXES DUE

Minnehaha County Treasurer • 415 N. Dakota Ave. • Sioux Falls, SD 57104-2465

Receipt by request only and you must provide a self addressed stamped envelope. Your payment will be returned if you do not include a parcel #, bill # or address for the property you wish to pay.

## YOUR PROPERTY INFORMATION:
PARCEL NO.: 060002
BILL NO.: 46973.0

LEGAL DESCRIPTION OF PROPERTY (FOR TAX PURPOSES ONLY)
Lot 1 Block 4 SIOUX    EMPIRE DEVELOPMENT    PARK THREE ADDN TO
CITY OF SIOUX F

3401 N 1ST AVE

AMOUNT OF TAXES DUE TO A LOCAL DECISION TO OPT OUT OF TAX LIMITATION
*Opt Out* BELOW, SHOW INCREASE CAUSED BY OPTING OUT OF TAX FREEZE

*If you are 65 years old or older and meet income guidelines, you may qualify for an Elderly and Disabled property tax freeze. If you are delinquent with your property taxes and are 70 years old or older you must notify the County Treasure's office by the 3rd Monday in December. For more information call 605-367-4211*

## VALUATION, TAX AMOUNTS, AND TOTAL DUE:

| VALUE | TAXABLE | | MILL LEVY | AMOUNT | | |
|---|---|---|---|---|---|---|
| 760,700 | 722,600 | Minnehaha Cnty | 3.036 | 2,193.81 | 516.66 | *Opt Out* |
| 760,700 | 722,600 | Sioux Falls Sch | 11.288 | 8,156.72 | 632.28 | *Opt Out* |
| 760,700 | 722,600 | Sioux Falls City | 3.615 | 2,612.19 | | |
| 760,700 | 722,600 | East Dakota Water | 0.021 | 15.18 | | |
| | | Sioux Falls Drainage Fe | | 2,274.12 | | |
| | | Sioux Falls Street Main | | 290.00 | | |

DUE APRIL 30TH    $7,771.01    DUE OCTOBER 31ST    $7,771.01    TOTAL TAX AMOUNT    $15,542.02

Bates 33



# SCOPE OF WORK TO BE DONE

April 23, 2024

Randal Waldner MD

PROJECT:   WIPT, Inc.

Randal :

Empire Building Construction is providing the following pricing based on what we saw that needed repair.  If any additional work needs to be done we are willing to do so but the price below only includes what is listed in this proposal.

<b>Repair Cost:  $648,573.00</b>

**Shop Building:**
1. Remove and reinstall rake trim and gutter to replace the following sheets.
    a. South – 18 sheets
    b. North -  25 sheets
    c. East – 13 sheets
    d. West – 17 sheets
2. Replace 29 LF of 14" wide bar grate trench drain cover
3. Repair 4 areas of roof insulation not to exceed 4' x 6' in size
4. Replace 40 LF of wall insulation from the 7' girt to the floor (where the office used to be)
5. Patch the numerous  holes in the vapor barrier of the wall insulation
6. Roof and gutter maintenance
7. Replace 2 - 3070 exterior HM walk doors and frames
8. Replace 3 - 12 x 14 Overhead Doors and one operator
9. Replace 1- 1,000gal propane tank and connect to existing copper line
10. Rebuild 21' x 30' office area with a storage area and guard rail above
    a. 2x4 walls with insulated and GWB (plywood on shop side)
    b. 14" I joists ceiling structure
    c. ¾" T&G flooring above I joists
    d. Wood guard rail above office area
    e. 5 prefinished walk doors
    f. Replace one exterior window
    g. Paint walls and ceiling
    h. $6/PSF has been included for flooring
    i. Washer and Dryer
    j. Nothing has been included for a ladder or stair



**EMPIRE BUILDING CONSTRUCTION**
1709 NORTH INDUSTRIAL AVENUE, SIOUX FALLS SD  57104
605-335-7205   fax 605-335-7212  www.empireconst.com

Randal Waldner MD Proposal con't.............................. Page 2 of 3
4/23/24

    11. Mechanical
        a. Install 2 – 150,000 BTU unit heaters, chimneys, and thermostats
        b. Plumbing (upper rough-in) for replacing office
        c. 2 - toilets and lavs
        d. 1 - water heater
        e. Gas piping for unit heaters
    12. Electrical
        a. Replace 18 – light fixtures
        b. Fix 3 – broken receptacles
        c. 3 – shop receptacles
        d. Install 5 exterior receptacles
        e. Remove and reinstall conduit and panel on exterior of building
    13. Electrical in Office
        a. 14 duplex receptacles
        b. 8 single pole switches
        c. 2 GFI
        d. 1 – WP GFI
        e. 1 - Disc light
        f. 1 – Exit EM
        g. 2 – EM
        h. 2– 6' base board heater
        i. 3 – 4' base board heater
        j. 3 – 3' base board heater
        k. 5 – Thermostat
        l. Electrical connection to water heater

**Terminal Building:**
    1. Replace 24 - 9' x 9' Overhead Doors, manual operation
        a. 4 with 36' lift clearance
        b. 20 with 48" lift clearance
    2. Dock Equipment
        a. Replace 24 Compression Dock Seals
            i. 3 with 10" projection
            ii. 21 with 20" projection
        b. Add a Transition plate of one dock leveler that is loose
    3. Replace 16 - door jambs
    4. Replace 2 - overhead door headers
    5. Replace overhead door trim
        a. 49 - jamb covers
        b. 22 - header covers
    6. Replace 28 - wall panels
    7. Roof and gutter maintenance
    8. Replace Ceiling tile in 9' x 15' office
    9. Rebuild office space that was removed, 15' x 19' with mezzanine above
    10. Fix wall insulation above approx. 10 Doors
    11. Replace one office window

Randal Waldner MD Proposal con't……………………….  Page 3 of 3
4/23/24

12. Replace 1 - 4' stair tread
13. Paint main entrance stair and landing
14. Replace 3 sets of 3' wide dock high stairs and landings
15. Patch curb at ramp
16. West driveway
    a. Replace 15' of 10 wide approach
    b. Replace 5' fillet
    c. Replace 10' of curb and gutter
17. Replace 10 ' of curb and gutter at the east driveway
18. Install new vinyl flooring and carpet in office and restrooms
19. Paint office walls
20. Provide 80 ton of gravel and grade the parking lot
21. Patch a 10' x 14' area of asphalt
22. Replace 1,200 sf of concrete apron due to landing gear holes
23. Mechanical
    a. Install 2 - 250,000 BTU unit heaters chimneys and thermostats
    b. Install office furnace and clean duct work
    c. Replace 9,300 CFM Sidewall Prop fan with gravity damper
    d. Gas piping to unit heaters
    e. 3 - toilets and lavs
    f. 2 - urinals
    g. 1 - stainless steel sink
    h. 1 – water heater
24. Electrical
    a. Replace 8 – light fixtures
    b. Fix 2- receptacles
    c. Replace 10 – dock lights
    d. Fix one exterior flood light photo light
    e. Replace light in bathroom

Price includes 6.2% sales tax, and 2% South Dakota contractors excise tax. This entire proposal is at all times subject to approval by local building code officials. Thank you for the opportunity to submit this proposal. If you have any questions please do not hesitate to contact me.

*[signature: Kevin Mielke]*

Kevin Mielke
605-359-2194