## Schedule 1

## Late Filed Claims

# Yellow Corporation Case No. 23-11069 (CTG)
## Thirty-Fourth Omnibus Claims Objection
### Schedule 1 – Late Filed Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALVARIA, INC. 211 PERIMETER CENTER PARKWAY SUITE 200 ATLANTA, GA 30346 | 12/28/2023 | 23-11085 (CTG) | YRC Enterprise Services, Inc. | 19187 | $92,400.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed on 12/28/2023, which is more than thirty days after the rejection effective date of 08/31/2023. | | | | | |
| 2 | BRADLEY'S TRUCK SERVICE INC 2919 BOXMEER DR CHARLOTTE, NC 28269 | 07/26/2024 | 23-11069 (CTG) | Yellow Corporation | 19767 | $118,515.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 3 | BRUSKE PRODUCTS 7447 DUVAN DR TINLEY PARK, IL 60477-3714 | 06/06/2024 | 23-11085 (CTG) | YRC Enterprise Services, Inc. | 19716 | $5,500.00* |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 4 | CENTENNIAL LANDSCAPE LLC 41280 DUBLIN DR PARKER, CO 80138 | 05/28/2024 | 23-11069 (CTG) | Yellow Corporation | 6006 | $15,575.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 5 | DOMESTIC LINEN SUPPLY COMPANY, INC ATTN MARK COLTON 30555 NORTHWESTERN HIGHWAY SUITE 300 FARMINGTON HILLS, MI 48334 | 12/06/2023 | 23-11087 (CTG) | YRC Inc. | 5771 | $36,970.60 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 6 | HILL, TINA ADDRESS ON FILE | 03/18/2025 | 23-11087 (CTG) | YRC Inc. | 6049 | Undetermined* |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

# Yellow Corporation Case No. 23-11069 (CTG)
## Thirty-Fourth Omnibus Claims Objection
### Schedule 1 - Late Filed Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | INTERSTATE FIRE SALES & SERVICE LLC<br>PO BOX 65248<br>SALT LAKE CITY, UT 84165 | 05/20/2025 | 23-11081 (CTG) | USF Reddaway Inc. | 20161 | $753.77 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 8 | KBS CONSTRUCTORS INC<br>1701 SW 41ST ST<br>TOPEKA, KS 66609 | 05/13/2024 | 23-11087 (CTG) | YRC Inc. | 5997 | $97,231.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed on 05/13/2024, which is more than thirty days after the rejection effective date of 08/31/2023. | | | | | |
| 9 | MASTER WASH INC<br>PO BOX 18183<br>IRVINE, CA 92623 | 06/06/2024 | 23-11069 (CTG) | Yellow Corporation | 19717 | $540.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 10 | METRO GROUP MARITIME AS AGENT FOR FLEXIVAN LEASING LLC<br>ATTN LEE STEPNER<br>49 W MOUNT PLEASANT AVE, BOX 2371<br>LIVINGSTON, NJ 07039 | 09/09/2024 | 23-11069 (CTG) | Yellow Corporation | 6018 | $16,264.81 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 11 | MOORE, SHELLY<br>ADDRESS ON FILE | 05/20/2024 | 23-11069 (CTG) | Yellow Corporation | 6005 | Undetermined* |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 12 | MORGAN, TIMOTHY J<br>ADDRESS ON FILE | 03/31/2025 | 23-11069 (CTG) | Yellow Corporation | 20110 | $15,000.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Schedule 1 - Late Filed Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | PRON LOGISTICS LLC<br>34970 ANN ARBOR TRL, UNIT D10<br>LIVONIA, MI 48150-3780 | 05/04/2025 | 23-11069 (CTG) | Yellow Corporation | 20157 | $3,270.00* |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 14 | QWEST CORPORATION D/B/A CENTURYLINK QC<br>C/O CENTURYLINK COMMUNICATIONS LLC<br>ATTN LEGAL BANKRUPTCY<br>931 14TH ST, 9TH FL<br>DENVER, CO 80202 | 09/09/2024 | 23-11069 (CTG) | Yellow Corporation | 19832 | $14,436.37 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 15 | STEEL CITY ENTERPRISES INC<br>1415 HWY 85 N, STE 310-238<br>FAYETTEVILLE, GA 30214 | 05/15/2025 | 23-11083 (CTG) | Yellow Logistics, Inc. | 20158 | $2,200.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 16 | SUBROSMART<br>12750 MERIT DR, STE 520<br>DALLAS, TX 75251 | 06/27/2024 | 23-11082 (CTG) | Yellow Freight Corporation | 19732 | $225,033.66 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 17 | SUBROSMART<br>12750 MERIT DR, STE 520<br>DALLAS, TX 75251 | 06/28/2024 | 23-11069 (CTG) | Yellow Corporation | 19740 | $12,669.72 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 18 | SUBROSMART<br>12750 MERIT DR, STE 520<br>DALLAS, TX 75251 | 07/16/2024 | 23-11069 (CTG) | Yellow Corporation | 19754 | $18,582.41 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Case 23-11069-CTG    Doc 7358-2    Filed 08/04/25    Page 8 of 15

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Schedule 1 - Late Filed Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | TMCS<br>PO BOX 7216<br>PASADENA, CA 91109-7316 | 05/16/2025 | 23-11069 (CTG) | Yellow Corporation | 20159 | $6,362.73 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 20 | TMCS<br>PO BOX 7216<br>PASADENA, CA 91109-7316 | 05/16/2025 | 23-11081 (CTG) | USF Reddaway Inc. | 20160 | $195,571.12 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 21 | UNITED STATES DEPARTMENT OF DEFENSE<br>DFAS OFFICE OF GENERAL COUNSEL<br>ATTN BRYAN C WHITAKER<br>8899 E 56TH ST<br>INDIANAPOLIS, IN 46249 | 05/28/2024 | 23-11069 (CTG) | Yellow Corporation | 19707 | $695,279.30 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the Governmental Bar Date of 02/05/2024. | | | | | |
| 22 | US TRUCK & TRAILER SERVICE<br>PO BOX 35<br>LAKEVILLE, IN 46536-0035 | 04/21/2025 | 23-11069 (CTG) | Yellow Corporation | 20131 | $50,205.31 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 23 | VISTA OUTDOOR SALES LLC<br>ATTN ROMAN ORLIOGLO<br>1 VISTA WAY<br>ANOKA, MN 55303 | 03/10/2025 | 23-11069 (CTG) | Yellow Corporation | 20046 | $127,889.96 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Schedule 1 - Late Filed Claims

| NAME | DATE FILED | CASE NUMBER / DEBTOR | | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|
| | | CASE # | DEBTOR | | |
| 24 WARD INTERNATIONAL TRUCKS LLC<br>ATTN MELODY GODWIN<br>2101 PERIMETER RD<br>MOBILE, AL 36615 | 05/31/2024 | 23-11069 (CTG) | Yellow Corporation | 6008 | $4,949.04 |
| Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 25 WIPT INC<br>18 W 8TH AVE<br>REDFIELD, SD 57469 | 04/25/2024 | 23-11087 (CTG) | YRC Inc. | 19680 | $660,229.51 |
| Reason: The Debtors have no liability in connection with this claim as the claim was filed on 04/25/2024, which is more than thirty days after the rejection effective date of 03/04/2024. | | | | | |
| | | | | TOTAL | $2,415,429.31* |

*Indicates claim contains unliquidated and/or undetermined amounts

Bates 24

5

## Schedule 2

## Amended Claims

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Scheduled 2 - Amended Claims

### CLAIMS TO BE DISALLOWED / REMAINING CLAIMS

| # | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BEAN, CRYSTAL ADDRESS ON FILE | 11/20/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 18960 | $3,028.32 | BEAN, CRYSTAL ADDRESS ON FILE | 12/18/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 19154 | $3,028.32 |
| 2 | BOARD OF WATER SUPPLY, CITY & COUNTY HON ATTN MOANA YOST 530 S KING ST, RM 110 HONOLULU, HI 96813 | 10/04/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 12696 | $560.42 | BOARD OF WATER SUPPLY CITY AND COUNTY OF HONOLULU ATTN MOANA A YOST, DEPUTY CORP COUNSEL 1001 BISHOP ST, STE 2020 HONOLULU, HI 96813 | 03/24/25 | 23-11069 (CTG) Yellow Corporation | 6050 | $560.42 |
| 3 | BRAZZEL, AHKEELA ADDRESS ON FILE | 10/02/23 | 23-11087 (CTG) YRC Inc. | 12155 | $1,062.27 | BRAZZELL, AHKEELA G ADDRESS ON FILE | 05/23/25 | 23-11087 (CTG) YRC Inc. | 6056 | $1,062.07 |
| 4 | BRYAN TRUCKING OPERATIONS CORP PO BOX 1984 FERNLEY, NV 89408 | 08/16/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 10089 | $620.00 | BRYAN TRUCKING OPERATIONS CORP PO BOX 1644 FALLON, NV 89407 | 03/24/25 | 23-11083 (CTG) Yellow Logistics, Inc. | 20091 | $620.00 |
| 5 | CALIFORNIA DEPT OF TAX AND FEE ADMIN PO BOX 942879 SACRAMENTO, CA 94279-0055 | 04/29/24 | 23-11087 (CTG) YRC Inc. | 5991 | $8,977.97 | CALIFORNIA DEPT OF TAX AND FEE ADMIN PO BOX 942879 SACRAMENTO, CA 94279-0029 | 07/02/24 | 23-11087 (CTG) YRC Inc. | 6013 | $65,067.67 |
| 6 | CONCIALDI, ANTONINO ADDRESS ON FILE | 10/13/23 | 23-11069 (CTG) Yellow Corporation | 13911 | Undetermined* | CONCIALDI, ANTONINO ADDRESS ON FILE | 10/13/23 | 23-11069 (CTG) Yellow Corporation | 13912 | $17,418.66* |

*Indicates claim contains unliquidated and/or undetermined amounts

Case 23-11069-CTG    Doc 7358-2    Filed 08/04/25    Page 12 of 15

1

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Scheduled 2 - Amended Claims

### CLAIMS TO BE DISALLOWED / REMAINING CLAIMS

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | FIRST FINANCIAL EQUIPMENT FINANCE LLC C/O VORYS SATER SEYMOUR AND PEASE LLP ATTN CARRIE M BROSIUS 200 PUBLIC SQUARE, STE 1400 CLEVELAND, OH 44114 | 11/08/23 | 23-11069 (CTG) Yellow Corporation | 16273 | $2,368,282.52 | FIRST FINANCIAL EQUIPMENT FINANCE LLC C/O VORYS SATER SEYMOUR AND PEASE LLP ATTN CARRIE M BROSIUS 200 PUBLIC SQ, STE 1400 CLEVELAND, OH 44114 | 04/04/25 | 23-11069 (CTG) Yellow Corporation | 20111 | $1,674,501.52* |
| 8 | FIRST FINANCIAL EQUIPMENT FINANCE, LLC C/O CARRIE M. BROSIUS VORYS, SATER, SEYMOUR AND PEASE LLP 200 PUBLIC SQUARE, SUITE 1400 CLEVELAND, OH 44114 | 11/08/23 | 23-11087 (CTG) YRC Inc. | 16267 | $2,368,282.52 | FIRST FINANCIAL EQUIPMENT FINANCE LLC C/O VORYS SATER SEYMOUR AND PEASE LLP ATTN CARRIE M BROSIUS 200 PUBLIC SQ, STE 1400 CLEVELAND, OH 44114 | 04/04/25 | 23-11087 (CTG) YRC Inc. | 20112 | $1,674,501.52* |
| 9 | FLORIDA DEPARTMENT OF REVENUE ATTN FREDERICK F RUDZIK PO BOX 6668 TALLAHASSEE, FL 32314-6668 | 01/22/24 | 23-11087 (CTG) YRC Inc. | 19314 | $908.51 | FLORIDA DEPARTMENT OF REVENUE PO BOX 6668 TALLAHASSEE, FL 32314-6668 | 06/16/25 | 23-11087 (CTG) YRC Inc. | 20166 | $0.00 |

*Indicates claim contains unliquidated and/or undetermined amounts

Case 23-11069-CTG    Doc 7358-2    Filed 08/04/25    Page 13 of 15

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Scheduled 2 - Amended Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| 10 | H & J TRANSPORT INC 21 SHELDUCK LN MECHANICSBURG, PA 17050 | 08/17/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 10108 | $2,800.00 | H&J TRANSPORT INC 21 SHELDUCK LN MECHANICSBURG, PA 17050 | 10/27/23 | 23-11069 (CTG) Yellow Corporation | 3238 | $2,800.00 |
| 11 | LEVEL 3 COMMUNICATIONS LLC C/O CENTURYLINK COMMUNICATIONS ATTN BANKRUPTCY 1025 EL DORADO BLVD BROOMFIELD, CO 80021 | 02/13/24 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 19474 | $58,402.29 | LEVEL 3 COMMUNICATIONS LLC C/O CENTURYLINK COMMUNICATIONS ATTN BANKRUPTCY 931 14TH ST, 9TH FL DENVER, CO 80202 | 09/09/24 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 19833 | $93,225.26 |
| 12 | MG FISHERSVILLE I LLC C/O SPOTTS FAIN PC ATTN NEIL E MCCULLAGH 411 E FRANKLIN ST, STE 600 RICHMOND, VA 23219 | 11/08/23 | 23-11087 (CTG) YRC Inc. | 16279 | $338,495.50 | MG FISHERSVILLE I LLC C/O SPOTTS FAIN PC ATTN NEIL E MCCULLAGH 411 E FRANKLIN ST, STE 600 RICHMOND, VA 23219 | 11/19/24 | 23-11087 (CTG) YRC Inc. | 19889 | $389,015.88* |
| 13 | MIRACLE EXPRESS INC PO BOX 131420 ROSEVILLE, MN 55113 | 02/01/24 | 23-11069 (CTG) Yellow Corporation | 19361 | $136,487.87 | MIRACLE EXPRESS INC PO BOX 131420 ROSEVILLE, MN 55113 | 04/16/25 | 23-11069 (CTG) USF Holland LLC | 20129 | $23,693.15 |

*Indicates claim contains unliquidated and/or undetermined amounts

Remaining Claim # 21029 was previously modified by the Order Sustaining Debtors' Thirty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 6640], entered on July 07, 2025.

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Scheduled 2 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 14 | NM TAXATION & REVENUE DEPARTMENT PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 11/20/23 | 23-11087 (CTG) YRC Inc. | 5623 | $202,353.20 | NM TAXATION & REVENUE DEPARTMENT PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 12/16/24 | 23-11087 (CTG) YRC Inc. | 6033 | $105,433.20* |
| 15 | NY STATE DEPT OF TAXATION AND FINANCE ATTN BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08/21/23 | 23-11069 (CTG) Yellow Corporation | 39 | $4,203.98 | NEW YORK STATE DEPT OF TAX AND FINANCE ATTN BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/25/24 | 23-11069 (CTG) Yellow Corporation | 19867 | $4,320.16 |
| 16 | TENNESSEE DEPARTMENT OF REVENUE C/O ATTORNEY GENERAL PO BOX 20207 NASHVILLE, TN 37202-0207 | 02/01/24 | 23-11079 (CTG) USF Holland LLC | 19370 | $596.39 | TENNESSEE DEPARTMENT OF REVENUE ATTN ATTORNEY GENERAL PO BOX 20207 NASHVILLE, TN 37202-0207 | 05/07/24 | 23-11079 (CTG) USF Holland LLC | 19694 | $641.00 |
| | | | TOTAL | | $5,495,061.76* | | | TOTAL | | $4,055,888.83* |

*Indicates claim contains unliquidated and/or undetermined amounts